Patrick J. Reilly
Nevada Bar No. 6103
Frank Z. LaForge
Nevada Bar No. 12246
Andrea M. Champion
Nevada Bar No. 13461
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Phone: (702) 669-4600
Fax: (702) 669-4650
preilly@hollandhart.com
fzlaforge@hollandhart.com
amchampion@hollandhart.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INVACARE CORPORATION,<br><br>          Plaintiff<br><br>     v.<br><br>DESERT MEDICAL EQUIPMENT;<br>BRYAN SCHULTZ;<br><br>          Defendants | CASE NO.: 2:16-cv-00190-GMN-CWH<br><br>**STIPULATION AND ORDER TO PARTICIPATE IN A SETTLEMENT CONFERENCE** |
| DESERT MEDICAL EQUIPMENT; BRYAN SCHULTZ,<br><br>          Counter-Claimant<br><br>     v.<br><br>INVACARE CORPORATION;<br><br>          Counter-Defendant | |

Plaintiff/Counter-Defendant Invacare Corporation and Defendants/Counter-Claimants Desert Medical Equipment and Bryan Schultz (collectively, the "parties"), hereby stipulate and agree as follows:

1. The parties have met and conferred about the possibility of alternative dispute resolution.

2. The parties agree that, given the amount at stake and the prospective attorney's fees in litigating this case, to submit to a settlement conference before a magistrate judge before

1

discovery commences.

3. The parties propose that any settlement conference be scheduled on earlier than March 13, 2017 and propose the following agreed upon dates: March 22, 23, 29, or 30, 2017.

4. The parties hereby agree and stipulate to suspend Plaintiff/Counter-Defendants' deadline to respond to the Amended Counterclaim such that Counter-Defendants' responsive pleading be due within fourteen (14) after the settlement conference, should the case not be resolved.

**IT IS SO STIPULATED:**

By: /s/ Andrea M. Champion, Esq.
Patrick J. Reilly, Esq.
Frank Z. LaForge, Esq.
Andrea M. Champion, Esq.
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
*Attorneys for Plaintiff*

By: /s/ Jonathan B. Lee, Esq.
Terry A. Coffing, Esq.
Jonathan B. Lee, Esq.
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for Defendants Desert Medical Equipment; Bryan Schultz*

IT IS SO ORDERED. The court will enter a separate scheduling order setting a settlement conference for Wednesday, March 29, 2017, at 9:00 a.m. in Magistrate Judge Hoffman's chambers. The scheduling order will include additional instructions and deadlines.

_____
United States Magistrate Judge
February 2, 2017

9485639_1

2