**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
jlee@maclaw.com
  Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INVACARE CORPORATION,<br><br>            Plaintiff,<br><br>vs.<br><br>DESERT MEDICAL EQUIPMENT;<br>BRYAN SCHULTZ;<br><br>            Defendants. | Case No.:    2:16-CV-00190-GMN-CWH<br><br>**<u>STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE</u>** |

**IT IS HEREBY STIPULATED** by and between the above-named parties, Plaintiff/Counterdefendant, Invacare Corporation, by and through its counsel of record, the law firm of Holland & Hart; and Defendants/Counterclaimants, Desert Medical Equipment and Bryan Schultz, by and through their counsel of record, the law firm of Marquis Aurbach Coffing:

    1.    The claims against Defendants/Counterclaimants, Desert Medical and Bryan Schultz are dismissed with prejudice;

    2.    The claims against Plaintiff/Counterdefendant, Invacare Corporation are dismissed with prejudice; and

/ / /

/ / /

MAC:11933-005 3051098_1

3. All calendared-matters in the above-captioned case are moot and can be taken off calendar.

Dated this 20th day of June, 2017                Dated this 13th day of June, 2017

HOLLAND & HART                                    MARQUIS AURBACH COFFING

By: /s/ Andrea M. Champion
Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Frank Z. LaForge, Esq.
Nevada Bar No. 12246
Andrea M. Champion
Nevada Bar No. 13461
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

By: /s/ Jonathan Lee
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
10001 Park Run Drive
Las Vegas, Nevada 89145

## ORDER

Based upon the foregoing, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims the respective parties have asserted against one another are dismissed with prejudice; and

**IT IS SO ORDERED** this 22 day of June, 2017.

_____
DISTRICT COURT JUDGE

Respectively submitted by:

MARQUIS AURBACH COFFING

By: /s/ Jonathan Lee
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants